**JS-6**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LRAV INC., a Florida corporation,<br><br>Defendant. | Case No. 8:23-cv-02346-JVS-JDE<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT**<br><br>Complaint Filed:    December 12, 2023 |

Salisian|Lee LLP

JUDGMENT
CASE NO. 8:23-cv-02346-JVS(JDEx)

# JUDGMENT

Pursuant to the Motion for Default Judgment of Plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant LRAV Inc., a Florida corporation, in the total amount of **$120,685.99**; which represents: (1) the amount owed of $107,864.60; (2) costs in the amount of $504.00; (3) attorneys' fees in the amount of $5,757.29; and (4) $6,560.10, in prejudgment interest at the statutory rate of 10% per annum, from September 14, 2023 (the date of breach), to April 23, 2024 (the date of judgement).

2. The Clerk is ordered to enter this Judgment forthwith.

DATED:  April 23, 2024

_____
James V. Selna
United States District Judge